UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK PICOZZI,<br><br>　　　　　　　　　　Plaintiff,<br>　v.<br>STATE OF NEVADA, et al.,<br>　　　　　　　　　　Defendants. | Case No. 2:22-cv-01011-ART-EJY<br><br>ORDER<br><br>(ECF Nos. 5,6, 8) |

*Pro se* plaintiff Mark Picozzi filed several proposed orders in this civil-rights action seeking to require that Defendants show cause why a temporary restraining order and a preliminary injunction should not issue requiring them to remove the television and fan from Picozzi's property card so he can get new ones—or to give him new versions of those appliances—and for various medical relief including scheduling his hemorrhoid surgery and getting him suppositories in the meantime. (ECF Nos. 5, 6, 8.) The Court construes Picozzi's proposed orders to show cause as motions for a temporary restraining order and a preliminary injunction. Based on the facts alleged in the First Amended Complaint ("FAC") and evidence provided with the FAC and motions, the Court finds that further briefing on the motions is merited.

It is therefore ordered that Defendants have 28 days after the entry of this order and the screening order to file any response to Picozzi's motions for a restraining order and injunctive relief (ECF Nos. 5, 6, 8.) If Plaintiff Picozzi chooses to file any reply in support of his motions, he will do so by within seven days after the response is due.

The Court will enter an order scheduling oral argument later.

It is further ordered that the Office of the Attorney General of the State of Nevada must advise the Court within 21 days of the date of the entry of this order

1

whether it will enter a limited notice of appearance on behalf of the Interested Party for the purpose of responding to the motions for a restraining order and injunctive relief (ECF Nos. 5, 6, 8). No defenses or objections, including lack of service, will be waived because of the filing of the limited notice of appearance.

The Clerk of the Court is directed to electronically serve a copy of this order and the motions (ECF Nos. 5, 6, 8) on the Attorney General by adding the Attorney General to the Interested Party on the docket. This does not indicate acceptance of service.

DATED THIS 31st day of August 2022.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE