**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARK PICOZZI,<br><br>  Plaintiff,<br><br>  v.<br><br>STATE OF NEVADA, *et al.*<br><br>  Defendants. | Case No. 2:22-cv-01011-ART-EJY<br><br>**ORDER** |

The Court is receipt of Plaintiff's medical records submitted under seal. The Court finds Plaintiff's concern regarding an appointment with a cardiologist is addressed as he is scheduled to be seen by the Heart Center of NV later this month. The Court further finds the explanation of the error by Jill Rathie, N.P., is satisfactory and no further response need be provided. The Court also understand that until Plaintiff's cardiac issues are resolved, the surgery he seeks cannot take place.

Accordingly, IT IS HEREBY ORDERED that no later than **June 30, 2023**, Defendants **must** provide an update to the Court identifying whether the surgery originally scheduled for October 2022 can be rescheduled. If the surgery is to be rescheduled, Defendants **must** provide a timeline for doing so. If the surgery cannot be rescheduled, Defendants **must** briefly explain what is preventing the medical procedure from occurring.

DATED this 2nd day of May, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE