UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARK PICOZZI,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA, *et al.*<br><br>    Defendants. | Case No. 2:22-cv-01011-ART-EJY<br><br>**ORDER** |

On March 24, 2023, the Court entered an Order instructing the Deputy Attorney General ("DAG") to "determine, if possible, more complete identities for Nick, Mark, Graham, and Torres" so that service may be attempted on these named Defendants. ECF No. 82. On April 21, 2023, the DAG filed a Second Amended Notice of Acceptance of Service (ECF No. 107) notifying the Court of the named Defendants of those the Attorney General will represent including Alfonso Alvarez, Jason Arrey, Jay Barth, Gregory Bryan, Jaymie Cabrera, Dane Famy, Robin Hennequin, William Kululoia, Dontril Livingston, Danyele Madsen, Rio Manalang, Gregory Martin, Francis Moka, Jennifer Nash, Ronald Oliver, Dean Ontiverso, George Pele-Taino, Tawnya Perry, James Scally, Julie Williams, Nicholas Parsons (sued as Nurse Nick), Marc Trotter, Ernesto Torres, Marie Cervas and Kristi Roberson. *Id.* The DAG stated he could not accept service on behalf of Jacques Graham. *Id.* at 2. Mr. Graham's last known address was being filed under seal. ECF No. 108.

Accordingly, IT IS HEREBY ORDERED that the U.S. Marshal's Service must attempt service on Defendant Jacques Graham.

IT IS FURTHER ORDERED that the Clerk of Court **must** issue a summons for Defendant Jacques Graham and deliver the same to the U.S. Marshal for service together with one copy of each of the following documents: this Order; Plaintiff's Amended Complaint (ECF No. 10); the Court's Orders at ECF Nos. 9, 72; and the address for Jacques Graham filed under seal at ECF No. 108.

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff one USM-285 form together with a copy of this Order.  **Plaintiff must** complete the form to the best of his ability and return the same to the Clerk's Office by mail no later than **June 2, 2023**.

IT IS FURTHER ORDERED that upon receipt of the completed USM-285 form in the Clerk's Office, the Clerk of Court **must** file the USM-285 form **under seal**, record the same on the docket, and deliver a copy of the completed form to the U.S. Marshal **within one Court day of receipt**.

IT IS FURTHER ORDERED that the U.S. Marshal Service **must** attempt to effect service of the summons, Plaintiff's Amended Complaint, and the Court's Orders on Defendant Jacques Graham no later than **fifteen days** after receipt of the completed USM-285 form.

IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, Plaintiff's claims against Defendant Jacques Graham may be subject to dismissal for failure to complete service of process pursuant to Fed. R. Civ. P. 4(m).

DATED this 5th day of May, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE