**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARK PICOZZI, | Case No. 2:22-cv-01011-ART-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, *et al.* | |
| Defendants. | |

Pending before the Court are Plaintiff's Motions to File Under Seal Court Dates. ECF Nos. 126, 129. The Motions seek the same relief. That is, Plaintiff wants the Court to (1) tell Defendants that Plaintiff is scheduled to appear at a state court *habeas* hearing on July 26, 2023, and (2) ask High Desert State Prison employees not to schedule any outside medical appointments for Plaintiff that will conflict with his July 26 hearing. ECF No. 126 at 1.[1] This request falls outside the proper exercise of authority by the Court. The Court is confident, however, that appropriate individuals employed by the Nevada Attorney General's Office and the Nevada Department of Corrections are aware of Plaintiff's hearing date and will use best efforts to avoid creating scheduling conflicts.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motions to File Under Seal Court Dates (ECF Nos. 126, 129) are DENIED.

DATED this 30th day of May, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

---

[1] Because Plaintiff's Motions seek the same relief, the Court cites only to ECF No. 126.