**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| MARK PICOZZI, | Case No. 2:22-cv-01011-ART-EJY |
| Plaintiff, | |
| v. | **ORDER** |
| STATE OF NEVADA, *et al.* | |
| Defendants. | |

On July 6, 2021, the Attorney General's Office, through its Deputy Attorney General appearing as counsel for certain Defendants, filed a Status Report in which it represented a "previously unforeseen conflict of interest" prevents the Attorney General from representing Defendant Jacques Graham. The Status Report further states the Attorney General's Office had reached out to Steve Shevorski of Wilson Elser Moskowitz Edelman & Dicker LLP to represent Mr. Graham as conflict counsel. It is now July 17, 2023, and Mr. Shevorski has not entered a notice of appearance. Moreover, no further update has been provided to the Court.

Accordingly, IT IS HEREBY ORDERED that if Steve Shevorski has accepted representation of Defendant Jacques Graham he is to file a Notice of Appearance no later than **July 24, 2023,** and **must** respond to the operative complaint no later than **August 14, 2023**.

IT IS FURTHER ODERED that if Mr. Shevorski has not accepted representation of Mr. Graham, the Deputy Attorney General **must**, no later than **July 24, 2023**, file a detailed Second Status Report explaining why Mr. Shevorski has not accepted representation of Mr. Graham, why no other counsel has yet accepted representation of Mr. Graham, and what steps the Deputy Attorney General is taking to promptly solve this issue.

IT IS FURTHER ORDERED that the Deputy Attorney General **must** ensure service of this Order on Steve Shevorski of Wilson Elser Moskowitz Edelman & Dicker LLP.

DATED this 17th day of July, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE