**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

MARK PICOZZI,

      Plaintiff,

      v.

STATE OF NEVADA, *et al.*

      Defendants.

Case No. 2:22-cv-01011-ART-EJY

**ORDER**

On July 17, 2023, the Court entered an Order requiring the Deputy Attorney General ("DAG") to file a Second Status Report regarding representation of Defendant Jacques Graham. ECF No. 144. On July 24, 2023, the DAG filed a Status Report informing the Court that Mr. Graham was sent documents for representation on June 6 and July 7, 2023 due to an "unforeseen conflict." ECF No. 150 at 2. The DAG stated attorney Steve Shevorski was contacted to represent Mr. Graham, however, Mr. Shevorski "cannot complete the process of representation until the OAG receives the documents from Mr. Graham." *Id.* The DAG further stated that as of July 24, 2023, Mr. Graham has not responded and service is not accepted on behalf of Mr. Graham. Thus, Mr. Graham's address was being filed under seal. *Id.*

Accordingly, IT IS HEREBY ORDERED that the U.S. Marshal's Service must attempt service on Defendant Jacques Graham at the address filed under seal **at ECF No. 151**.

IT IS FURTHER ORDERED that the Clerk of Court **must** issue a summons for Defendant Jacques Graham and deliver the same to the U.S. Marshal for service together with one copy of each of the following documents: this Order; the Court's Screening Order at ECF No. 9; Plaintiff's Amended Complaint (ECF No. 10); and the address for Jacques Graham filed under seal at ECF No. 151.

IT IS FURTHER ORDERED that the Clerk of Court **must** send Plaintiff one USM-285 form together with a copy of this Order. **Plaintiff must** complete the form to the best of his ability and return the same to the Clerk's Office by mail no later than **August 25, 2023**.

1    IT IS FURTHER ORDERED that upon receipt of the completed USM-285 form in the

2  Clerk's Office, the Clerk of Court **must** file the USM-285 form **under seal**, record the same on the

3  docket, and deliver a copy of the completed form to the U.S. Marshal **within one Court day of**

4  **receipt**.

5    IT IS FURTHER ORDERED that the U.S. Marshal Service **must** attempt to effect service

6  of the summons, Plaintiff's Amended Complaint, and the Court's Orders on Defendant Jacques

7  Graham no later than **fifteen days** after receipt of the completed USM-285 form.

8    IT IS FURTHER ORDERED that if Plaintiff fails to comply with this Order, Plaintiff's

9  claims against Defendant Jacques Graham may be subject to dismissal for failure to complete service

10  of process pursuant to Fed. R. Civ. P. 4(m).

11    DATED this 26th day of July, 2023.

12

13  _____
    ELAYNA J. YOUCHAH
    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2