UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARK PICOZZI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-01011-ART-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Emergency Motion to Serious Medical Issues (ECF No. 218). Setting aside certain topics identified in Plaintiff's Motion, the Court is concerned that Plaintiff is allegedly without certain medications and has supposed been without such medications for six weeks. Other allegations regarding the lack of wound care and a heart monitor prescribed are also at issue.

IT IS HEREBY ORDERED that Defendants **must** file a response to Plaintiff's Motion with respect to each allegation regarding a serious lack of medical care no later than **3 p.m. on May 9, 2024**. No other allegations in Plaintiff's Motion need responses at this time.

IT IS FURTHER ORDERED that no reply by Plaintiff is permitted. The Court will review the response by Defendants and then determine if a hearing is appropriate.

Dated this 26th day of April, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1