**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARK PICOZZI,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF NEVADA, *et al.*<br><br>    Defendants. | Case No. 2:22-cv-01011-ART-EJY<br><br>**ORDER** |

On April 26, 2024, the Court issued an Order requiring Plaintiff to complete and return a USM-285 form in preparation for requiring the United States Marshal to again attempt service on unserved Defendant Jacques Graham. ECF No. 220. Plaintiff submitted the completed USM-285 form to the U.S. Marshal on May 8, 2024. Thus, the Court now orders issuance of a summons and delivery of documents to the U.S. Marshal for service on Mr. Graham.

Accordingly, IT IS HEREBY ORDERED that the Clerk of Court **must** issue a summons for Defendant Jacques Graham and deliver the same to the U.S. Marshal for service together with one copy of each of the following documents: this Order; the Court's Screening Order (ECF No. 9); Plaintiff's Amended Complaint (ECF No. 10); and the addresses for Jacques Graham filed under seal at ECF No. 233.

IT IS FURTHER ORDERED that the U.S. Marshal Service **must** commence its attempts to serve Jacques Graham no later than **June 25, 2024**.

DATED this 5th day of June, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE