UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARK PICOZZI,<br><br>      Plaintiff,<br><br>  v.<br><br>STATE OF NEVADA, *et al.*<br><br>      Defendants. | Case No. 2:22-cv-01011-ART-EJY<br><br>**ORDER** |

     Pending before the Court is Plaintiff's Motion to Extend Time to file a Reply in support of his Motions seeking injunctive relief. ECF No. 261. Unfortunately, Plaintiff does not state how much time he seeks. The Court notes that Defendants' Response (ECF No. 259) was filed on September 19, 2024. Plaintiff was subsequently given until October 10, 2024 to file his Reply. ECF No. 260. Plaintiff signed his Motion to Extend Time on October 1, 2024, before the due date for the Reply. While the Court did not receive Plaintiff's Motion until October 4, 2024, the Court finds Plaintiff's incarceration undoubtedly played some role in the delay. The Court further finds Plaintiff establishes good cause for the extension he seeks. The extension is granted.

     Plaintiff also seeks an order requiring Defendants to provide "supplies from the law library" and for his commissary to run. The Court has no power to order High Desert State Prison to run the commissary. As for Plaintiff's claims not to have paper sufficient to prepare a reply, a concerning potential. However, the Court affords Plaintiff an extension with the understanding that the extra time will alleviate the issue and, on this basis, does not further address the alleged lack of paper. That said, counsel for Defendants may find it prudent to explore this issue with the facility to ensure that future problems do not arise.

     Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time to file a Reply in support of his pending motions seeking injunctive relief (ECF No. 261) is GRANTED to the extent that Plaintiff's Reply brief is due no later than **November 7, 2024**.

     DATED this 10th day of October, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE