UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

MARK PICOZZI,

          Plaintiff,

   v.

STATE OF NEVADA, et al.,

          Defendants.

Case No. 2:22-cv-01011-ART-EJY

**ORDER**

The Court is in receipt of the November 14, 2024 Status Report filed by the Office of the Attorney General for the State of Nevada explaining that it will not tender a defense to Defendant Jacques Graham.  ECF No. 267.  A review of the record in this matter shows Mr. Graham accepted service of process on June 12, 2024.  ECF No. 243 at 1.  Mr. Graham subsequently explained in a submission to the Court that he believed this matter was resolved.  *Id*.  It is not.  Given the confusion, Mr. Graham must now proceed *pro se*, obtain private counsel or risk default.

Accordingly, IT IS HEREBY ORDERED that:

1.    Defendant Jacques Graham **must** file a responsive pleading to the Complaint by Plaintiff with which he was served no later than **December 9, 2024**.

2.    Mr. Graham's responsive pleading must be submitted to the Clerk's Office in compliance with Local Rule IA 10-1(a), which states, in pertinent part:

> (a)    All filed documents must comply with the following requirements:
> (1) Except for exhibits, quotations, the caption, the court title, and the name of the case, lines of text must be double-spaced. Lines of text must be numbered consecutively beginning with 1 on the left margin of each page with no more than 28 lines per page;
> (2) Handwriting must be legible and on only one side of each page;
> (3) Text must be size 12 font or larger;
> (4) Quotations longer than 50 words must be indented and single spaced;
> (5) All pages must be numbered consecutively; and
> (6) Margins must be at least one inch on all four sides.

3.    Mr. Graham may **not** submit his response to Plaintiff's Complaint in an email.

1    4.    Mr. Graham is directed to the Federal Rules of Civil Procedure for direction regarding

2 his responsive pleading.

3    5.    Failure to timely respond to Plaintiff's Complaint will permit a motion seeking entry

4 of default (the first step in obtaining default judgment).

5    IT IS FURTHER ORDERED that, as a **one time** courtesy only, the Clerk of Court will **email

6 to Defendant Jacques Graham** a copy of this Order; provided, however, Mr. Graham **must** provide

7 the Court, by submitting the same to the Clerk of Court, his address and telephone number so that

8 future filings in this matter may be sent to him by mail.  In addition, if Mr. Graham so chooses, he

9 may comply with the Local Rules that allow him to become an electronic filer, which will permit

10 electronic submission and receipt of all filings in this case.  *See* LR IC 2-1(b).

11    IT IS FURTHER ORDERED that Plaintiff may **not** proceed with sending discovery requests

12 to Defendant Graham unless he files a response to Plaintiff's operative Complaint.

13    Dated this 20th day of November, 2024.

14

15

16 ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28