UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARK PICOZZI,<br><br>   Plaintiff,<br><br>   v.<br><br>STATE OF NEVADA, et al.,<br><br>   Defendants. | Case No. 2:22-cv-01011-ART-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Court Order for Follow-Ups with Outside Doctors (ECF No. 280). The Court has reviewed the Motion and Defendants' Opposition (ECF No. 283) and finds as follows.

In the instant Motion, Plaintiff makes various allegations relating to alleged failures on behalf of certain Defendants to provide medical care and respond to emergency grievance forms. ECF No. 280 at 2-5.[1] Though the pleadings are far from a shining example of clarity and coherence, the Court identifies one clear request for relief on page six of the Motion in which Plaintiff asks the Court "to have the State provide a response to emergency grievance." *Id.* at 6. Later in the Motion, Plaintiff also asks the Court "for Court Orders for his follow-ups." *Id.* at 7.

Defendants appear to read Plaintiff's Motion as a request for a preliminary injunction and spend nearly the entirety of their brief discussing the relevant standard for this type of relief. ECF No. 283 at 3-10. Defendants fail to address the request for relief Plaintiff clearly states in his Motion—a response to his grievance forms. The Court finds that Defendants fail to respond to Plaintiff's Motion.

Accordingly, IT IS HEREBY ORDERED that Defendants **must** file supplemental briefing addressing Plaintiff's request "to have the State provide a response to emergency grievance" as stated on page 6 of the pending Motion. The supplement response is due no later than **February 27, 2025**.

---

[1] Plaintiff also makes allegations regarding alleged refusal by corrections officers to timely sign and process brass slips for reimbursement, ECF No. 280 at 6-7, but does not request any relief related to these allegations. The Court therefore does not consider the allegations further.

1

IT IS FURTHER ORDERED that Plaintiff is **not** to file a supplement to his Motion, but may file a reply **after** Defendants file their supplement. The reply is due no later than **March 13, 2025**.

Dated this 13th day of February, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE