UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARK PICOZZI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　Defendants. | Case No. 2:22-cv-01011-ART-EJY<br><br>**ORDER** |

　　Pending before the Court is Plaintiff's Motion for Status of Writ of Mandamus, Appointment of Counsel (ECF No. 285). Plaintiff is advised to cease filing motions seeking status as all they do is clog the Court and slow consideration of other substantive pending matters. That said, there is no Motion for Appointment of Counsel or Writ of Mandamus pending.

　　Accordingly, IT IS HEREBY ORDERED that Plaintiff's Motion for Status of Writ of Mandamus, Appointment of Counsel (ECF No. 285) is GRANTED in part as stated above.

　　IT IS FURTHER ORDERED that Plaintiff must cease filing motions for status absent extraordinary circumstances.

　　Dated this 21st day of February, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1