UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARK PICOZZI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>　　　　Defendants. | Case No. 2:22-cv-01011-ART-EJY<br><br>**ORDER GRANTING**<br><br>STIPULATION AND ORDER TO DISMISS DEFENDANTS PAUL ARAUJO, NICHOLAS PARSON, TAWYNA PERRY, AND MARC TROTTER WITH PREJUDICE |

　　　IT IS HEREBY STIPULATED by and between Plaintiff, Mark Picozzi, *pro se*, and Defendants Alfonso Alvarez, Paul Araujo, Jason Arrey, Jay Barth, Gregory Bryan, Jaymie Cabrera, Marie Cervas, Dante Famy, Javier Garcia, Robin Hennequin, William Kululoia, Dontril Livingston, Malynda Lowery, Danyele Madsen, Rio Manalang, Francis Moka, Jennifer Nash, Ronald Oliver, Dean Ontiveros, Nicholas Parson, Georges Pele-Taino, Tawyna Perry, Kristi Roberson, Renan Saintpreux, James Scally, Ernesto Torres, Marc Trotter, Michael Val, Rodolfo Valle, and Julie Williams, by and through counsel, Aaron D.

Ford, Nevada Attorney General, and Leo T. Hendges, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that Defendants Paul Araujo, Nicholas Parson, Tawyna Perry, and Marc Trotter be dismissed from this lawsuit with prejudice.

The Parties agree these four named Defendants should be dismissed from this lawsuit, with prejudice.

DATED this 14th day of May, 2025.

By: *[signature]*
MARK PICOZZI #1163673
Plaintiff

DATED this 12th day of May, 2025

AARON D. FORD
Attorney General

By: /s/ *Leo T. Hendges*
LEO T. HENDGES (Bar No. 16034)
Senior Deputy Attorney General
*Attorneys for Defendants*

## ORDER

**IT IS SO ORDERED.** Defendants Paul Araujo, Nicholas Parson, Tawyna Perry, and Marc Trotter are dismissed from this lawsuit with prejudice.

*[signature]*
Anne R. Traum
United States District Judge

DATED: May 16, 2025