**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| MARK PICOZZI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF NEVADA, *et al.*<br><br>　　　　Defendants. | Case No. 2:22-cv-01011-ART-EJY<br><br>**ORDER** |

　　　The Court takes this opportunity to respond to Plaintiff's concern regarding the due date for his Reply in support of his November 26, 2025 Motion (ECF No. 369). The Court granted Plaintiff through January 14, 2026 to file a reply and then entered an Order at ECF No. 377 on December 22, 2025. ECF No. 378. ECF No. 377 was entered in error. Plaintiff has through and including January 14, 2026 to file his Reply in support of his Motion at ECF No. 369. The Court will consider that Reply when filed and issue a subsequent Order.

　　　IT IS SO ORDERED this 8th day of January, 2026.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE